**Clarence T. FOX, Jr., Plaintiff–Appellant,**

v.

**Warden Darlene DREW; Carl Dozier, Trust Fund Supervisor; Luis Berrios, Clinical Director; Linda McDannold, a/k/a L. MacDannold, Health Services Administrator; Dawn Allender, a/k/a D. Allender, Material Handler Supervisor, Defendants–Appellees.**

No. 13–7775.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2014.

Decided: March 31, 2014.

Clarence T. Fox, Jr., Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence T. Fox, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying

relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fox v. Drew,* No. 8:12–cv–00421–MGL, 2013 WL 4776706 (D.S.C. Sept. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*